UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Plaintiff,   The Fridator Trust

-v-

Defendant.   Neuberger Berman, LLC

------------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

10CV5917   (BSJ ) (AJP )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute:*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____

[ ] Habeas Corpus

[ ] Social Security

[ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated  Sept 21, 2010

SO ORDERED:

/s/ Barbara S. J.

United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/10