# GIBBONS



R. SCOTT GARLEY
Director

Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Direct: (212) 613-2003 Fax: (212) 554-9880
rgarley@gibbonslaw.com

March 4, 2011

**MEMO ENDORSED** 3/4/11
APPROVED

**BY FACSIMILE**

The Honorable Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Re: **The Fridator Trust v. Neuberger Berman LLC**
    **(S.D.N.Y.) Civil Action No. 10-cv-5917 (BSJ) (AJP)**

Dear Magistrate Judge Peck:

**BY ECF**

We are the attorneys for plaintiff The Fridator Trust ("Fridator"). In accordance with Your Honor's February 22, 2011 endorsed order on our status letter to the Court of February 15, 2011, I write to provide the Court with a further update on the status of discovery of the relevant foreign exchange trade documents.

As reported in our January 21 and February 15 letters, the parties in the main interpleader adversary proceeding in the Lehman bankruptcy case agreed to a voluntary production of the relevant trade documents by February 18, 2011. Further, relevant trade document were to be produced in the second adversary proceeding by February 14, 2011.

Although most of the parties produced their respective trade documents on or before February 18, 2011, two of the parties, Morgan Stanley & Co. and Westpac Banking Corp., have yet to produce their documents because their time to do so was extended. We understand that Morgan Stanley and Westpac will produce their documents shortly.

On March 2, 2011, Neuberger Berman filed a motion to consolidate the two related adversary proceedings in the Lehman bankruptcy case. Following the anticipated consolidation and the completion of the trade document productions, we understand that the parties will attempt to settle the subject foreign exchange trades on a consensual basis and, hopefully, thereby resolve the adversary proceeding.

In order to allow sufficient time for these events to take place, and also to avoid piecemeal status reports to Your Honor in the interim, Fridator respectfully requests that the Court set April 29, 2011 as the date for the next status report and the parties' suggestions as to how the case should

GIBBONS P.C.

The Honorable Andrew J. Peck
March 4, 2011
Page 2

proceed from there. If the adversary proceeding is resolved before April 29, we will report to the Court at that time. Thank you for Your Honor's consideration of this request.

Respectfully submitted,

R. Scott Garley
Director

cc: Quinlan D. Murphy, Esq. (Counsel for defendant) (via electronic mail)

#1611993 v1
109775-68511