

R. SCOTT GARLEY
Director

Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Direct: (212) 613-2003 Fax: (212) 554-9680
rgarley@gibbonslaw.com

April 29, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/16/11



RECEIVED
APR 29 2011
CHAMBERS OF
ANDREW J. PECK

**BY FACSIMILE**

The Honorable Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    **The Fridator Trust v. Neuberger Berman LLC**
            **(S.D.N.Y.) Civil Action No. 10-cv-5917 (BSJ) (AJP)**

Dear Magistrate Judge Peck:

We are the attorneys for plaintiff The Fridator Trust ("Fridator"). In accordance with Your Honor's March 4, 2011 endorsed order on our status letter to the Court of the same date, I write to provide the Court with a further update on the status of the parties' efforts to resolve the foreign exchange trades.

As reported in our March 4 letter, Neuberger Berman filed a motion on March 2 to consolidate the two related adversary proceedings in the Lehman bankruptcy case. Judge Peck granted that motion and entered the consolidation order on March 23. The parties in the adversary proceeding have substantially completed their voluntary production of the relevant trade documents, and are now in the process of exchanging information and scheduling a meeting with a view towards settling the foreign exchange trades on a consensual basis and, hopefully, thereby resolve the adversary proceeding.

We had hoped that the adversary proceeding would be resolved before April 29, but now know that more time is needed. Although Fridator has claims in this action that are not necessarily dependent on the outcome of the trade settlements, we nevertheless believe it would be helpful to have the trades settled on a consensual basis, provided that occurs within a reasonable period of time.

Accordingly, Fridator respectfully requests that the Court set June 30, 2011 as the outside deadline date for the next status report and the parties' suggestions as to how this case should proceed from there. If the adversary proceeding is resolved before June 30, or it is clear before

BY ECF

**MEMO ENDORSED** 5/16/11

Approved

SO ORDERED:

Hon. Andrew J. Peck
United States Magistrate Judge

Newark  New York  Trenton  Philadelphia  Wilmington           gibbonslaw.com

GIBBONS P.C.

The Honorable Andrew J. Peck
April 29, 2011
Page 2

June 30 that it will not be resolved without further litigation, we will report to the Court at that time. Thank you for Your Honor's consideration of this request.

Respectfully submitted,

R. Scott Garley
Director

cc:    Quinlan D. Murphy, Esq. (Counsel for defendant) (via electronic mail)

#1626895 v1
109775-68511

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: May 16, 2011                                    Total Number of Pages: 3

## TRANSCRIPTION OF MEMO ENDORSED ORDER

Approved.

Copy to:    Judge Barbara S. Jones