UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

THE FRIDATOR TRUST,

           Plaintiff,

      -against-

NEUBERGER BERMAN LLC,

           Defendant.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/22/12

10 Civ. 5917 (ALC) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

      SO ORDERED.

DATED:    New York, New York
               March 22, 2012

                                                                     Andrew J. Peck
                                                                     United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                               Judge Andrew L. Carter, Jr.



PAUL A. SASO
Director

Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Direct: (212) 613-2171 Fax: (212) 554-9656
psaso@gibbonslaw.com

March 22, 2012

**RECEIVED**
MAR 22 2012
CHAMBERS OF
ANDREW J. PECK

**VIA FACSIMILE**

The Honorable Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: **The Fridator Trust v. Neuberger Berman LLC, et al.**
(S.D.N.Y.) Civil Action No. 10-cv-5917 (ALC) (AJP)

Dear Judge Peck:

We represent plaintiff The Fridator Trust ("Fridator") and write on behalf of Fridator and the defendants Neuberger Berman LLC ("Neuberger") and HSBC Securities (USA) Inc. ("HSBC") to inform the Court that the parties have reached a joint settlement for both the above-referenced action and the adversary proceeding in the United States Bankruptcy Court for the Southern District of New York, *In re Lehman Bros. Holdings, Inc., et al. (Neuberger Berman LLC v. Brown Bros. Harriman & Co.)*, No. 10-3610 (JMP) (Bankr. S.D.N.Y.) (the "Adversary Proceeding"). The parties in both actions are in the process of drafting settlement documents.

The parties consent to a conditional dismissal without prejudice while the parties finalize and execute the settlement documents and obtain any necessary judicial approval of the settlement in the Adversary Proceeding. When that process has been completed, the parties will submit to this Court to be "so ordered" a stipulation and proposed order of dismissal with prejudice.

The parties request that the Court provide thirty days from the date of entry of an order of conditional dismissal without prejudice for any party to this action to request that the case be re-opened or that the conditional dismissal period be extended. The parties understand that in the absence of such a request, after the thirty-day period, the case will be finally dismissed with prejudice.

Respectfully submitted,

Paul A. Saso
Director

Newark  New York  Trenton  Philadelphia  Wilmington ———————————————— gibbonslaw.com

# GIBBONS P.C.

The Honorable Andrew J. Peck
March 22, 2012
Page 2

cc: Quinlan Murphy, Esq. (counsel for Neuberger)
    Andrew Rhys Davies, Esq. (counsel for HSBC) (both via electronic mail)

# GIBBONS P.C.

The Honorable Andrew J. Peck
March 22, 2012
Page 2

#1768681 v1
109775-68511